# No. 24-1884
## United States Court of Appeals
### for the Federal Circuit

---

**Chinook Landing, LLC,**

Plaintiff-Appellant,

v.

**United States of America, John Does 1-15,**

Defendants-Appellees.

---

Appeal from the United States District Court
for the District of Oregon, Portland Division
Case No. 3:19-cv-02015-AR

---

## Notice of Withdrawal of Representation of John Does 1-15

---

**WILLIAM M. NARUS**
Acting United States Attorney
District of Oregon
**SEAN E. MARTIN**
Assistant United States Attorney
1000 S.W. Third Avenue, Ste. 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000

Pursuant to Federal Circuit Rule 47.3(c), undersigned counsel hereby provides notice of withdrawal of representation of Defendants-Appellees John Does 1-15. Undersigned counsel will continue representing Defendant-Appellee United States of America.

Undersigned counsel's earlier notice of appearance for John Does 1-15 (ECF 7) was filed in error. The operative complaint in the district court, SER 27-30, does not name any John Doe defendants. The district court dismissed the claims brought against John Doe defendants in the prior complaint. ER_069, ER_090.

Dated this 27th day of May, 2025.

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney